IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-25-BO

| | |
|---|---|
| PAULA KASTERAN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| THOMAS ANGIER STOKES, III, et al., | ) |
| Defendants. | ) |

This cause comes before the Court on a motion to dismiss filed by defendants Sharon Durham Culpepper and Mark Alan Reid. [DE 15]. Defendants Culpepper and Reid have moved to dismiss plaintiff's *pro se* complaint for failure to establish sufficient service of process. But defendants Culpepper and Reid have subsequently executed waivers of service under Rule 4(d) of the Federal Rules of Civil Procedure. [DE 17, 18]. As such, defendants' motion to dismiss for failure to establish sufficient service of process [DE 15] is DENIED AS MOOT.

Plaintiff has also failed to properly serve, under Rule 4(m), defendants Thomas Angier Stokes, III and Leigh Hines Baker. [DE 8, 14]. Plaintiff's time for making proper service on defendants Stokes and Baker has expired and plaintiff has not moved for a second extension of time or otherwise demonstrated good cause for her failure to effect service. As such, plaintiff's claims against defendants Stokes and Baker are DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this  16  day of August, 2019.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE